UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-CV-20048-DPG

SEBASTIAN GONZALEZ,

    *Plaintiff*,

v.

TCR SPORTS BROADCASTING HOLDING,
LLP d/b/a Mid-Atlantic Sports Network,
HYUNDAI MOTOR AMERICA, INC.,
MERCEDES-BENZ USA, LLC, and JIFFY
LUBE INTERNATIONAL, INC.,

    *Defendants*.

_____/

**JOINT STIPULATION OF DISMISSAL ONLY
AS TO DEFENDANT JIFFY LUBE INTERNATIONAL, INC.**

Plaintiff, Sebastian Gonzalez ("Plaintiff") and Defendant, Jiffy Lube International, Inc. ("Jiffy Lube"), through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal with respect only to Jiffy Lube and jointly enter into the following Stipulation of Dismissal:

    1.    All claims and causes of action brought or which could have been brought by the Plaintiff against Jiffy Lube only are hereby dismissed, with each party to this stipulation bearing its own fees and costs.

    2.    This Stipulation of Dismissal applies only to Jiffy Lube and no other claims or Defendants in this action are affected hereby.

    3.    Plaintiff and Jiffy Lube have conferred with all parties to this action, and no party objects to the relief requested in this stipulation.

Dated: September 13, 2018

By: /s/ David P. Milian
David P. Milian (Fla. Bar No. 844421)
Email: dmilian@careyrodriguez.com
Ruben Conitzer (Fla. Bar No. 100907)
Email: rconitzer@careyrodriguez.com
David M. Levine (Fla. Bar No. 84431)
Email: dlevine@careyrodriguez.com
Secondary: ecf@careyrodriguez.com
**CAREY RODRIGUEZ MILIAN GONYA LLP**
1395 Brickell Avenue, Suite 700
Miami, FL 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

**Counsel for Plaintiff Sebastian Gonzalez**

/s/ Edward Mullins
Edward Mullins, Esq (Florida Bar No. 863920)
Email: emullins@reedsmith.com
Brandon T. White, Esq. (Florida Bar No. 106792)
Email: bwhite@reedsmith.com
**REED SMITH LLP**
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (786) 747-0200
Facsimile: (786) 747-0299

**Counsel for Jiffy Lube International, Inc.**