IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-CV-20048-DPG

SEBASTIAN GONZALEZ,

    Plaintiff,

vs.

TCR SPORTS BROADCASTING HOLDING, LLP d/b/a Mid-Atlantic Sports Network, HYUNDAI MOTOR AMERICA, INC., and MERCEDES-BENZ USA, LLC and JIFFY LUBE INTERNATIONAL, INC.,

    Defendants.

## DEFENDANT TCR SPORTS BROADCASTING HOLDING, LLP'S INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and the Court's Order Reopening Case and Amending Scheduling Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge (ECF No. 51), Defendant, TCR Sports Broadcasting Holding, LLP d/b/a Mid-Atlantic Sports Network ("MASN"), hereby makes the following disclosures of the witnesses and documents it may rely on in support of its defenses in this proceeding. These disclosures are made without waiver of MASN's arguments in its Joint Motion to Dismiss or Strike Plaintiff's Nationwide Class Allegations for Lack of Personal Jurisdiction (ECF No. 60) pursuant to the Supreme Court's holding in *Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco Cty.*, 137 S. Ct. 1773 (2017), or MASN's Motion to Stay (ECF No. 61) this case pending the Federal Communications Commission's forthcoming ruling on the definition of an Automatic Telephone Dialing System ("ATDS") under the Telephone Consumer Protection Act ("TCPA"). Moreover, this case is in

its beginning stages, and MASN has not completed its investigation of the facts relating to this case, nor has it begun its preparation for trial.[1]  MASN accordingly reserves the right to amend, supplement, and/or correct all or any part of these initial disclosures, and produce additional information during the discovery process or as it becomes known or circumstances warrant.

A.  **The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;**

Subject to the reservations above, and without limiting MASN's right to question and/or call any individuals listed to testify regarding any other subject(s) and in rebuttal to evidence presented by any of the parties, MASN discloses the following individuals and entities:

1.  Jim Cuddihy
    Executive Vice President, MASN
    c/o Greenberg Traurig, P.A.
    333 SE 2nd Avenue, Floor 44
    Miami, FL 33131
    Telephone:  (305) 579-0500
    Facsimile:   (305) 579-0717

*Individual has knowledge pertaining to the text messages allegedly sent to Plaintiff's mobile phone number, and MASN's text messaging program.*

2.  Olivia Witherite
    Social Media and Digital Director, MASN
    c/o Greenberg Traurig, P.A.
    333 SE 2nd Avenue, Floor 44
    Miami, FL 33131
    Telephone:  (305) 579-0500
    Facsimile:   (305) 579-0717

---

[1] MASN's disclosure of any information or documents shall not be deemed a concession or admission that such information or documents or their contents or related information are relevant or admissible.  MASN reserves the right to: (1) challenge any documents or information submitted by it, or by Plaintiff, Sebastian Gonzalez ("Plaintiff"), on the grounds of, among other objections, competency, relevance, materiality, or admissibility; and (2) conduct further discovery into the subject matter of any information or documents disclosed by MASN or Plaintiff, and does not waive any objection that may otherwise be made to such documents or information.

*Individual has knowledge pertaining to the text messages allegedly sent to Plaintiff's mobile phone number, and MASN's text messaging program.*

    3.      Phizzle, Inc. (corporate representative)
              58 2nd Street
              San Francisco, CA 94105
              (303) 384-0916

*Company has knowledge pertaining to the text messages allegedly sent to Plaintiff's mobile phone number, and the technical capabilities of the platform used to send the alleged text messages.*

    4.      OpenMarket, Inc. (corporate representative)
              2211 Elliott Avenue, Suite 400
              Seattle, Washington 98121
              (206) 447-6000

*Company has knowledge pertaining to the text messages allegedly sent to Plaintiff's mobile phone number, and the technical capabilities of the platform used to send the alleged text messages.*

**B.** **A copy—or a description by category and location—of all documents, electronically stored information, tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;**

MASN hereby discloses the following categories of documents in support of its defenses, although it notes that some of these documents are records in the possession, custody, or control of Phizzle, Inc. and/or OpenMarket, Inc.:

    1.      Records pertaining to text messages sent to Plaintiff's mobile phone number;

    2.      Documents and information pertaining to Plaintiff's consent to receive text messages;

    3.      Documents and information pertaining to MASN's free update and alert service;

    4.      Any agreements between MASN and Phizzle, Inc. and/or OpenMarket, Inc.; and

    5.      Any communications between MASN and Phizzle, Inc. and/or OpenMarket, Inc.

C. **A computation of each category of damages claimed by the disclosing party, who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and**

MASN denies Plaintiff's claim of entitlement to damages. MASN is not claiming damages, other than costs related to the defense of this action.

D. **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy part or all of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Responsive documents have already been provided to Plaintiff's counsel.

Dated:  October 12, 2018                              Respectfully submitted,

                                            **GREENBERG TRAURIG, P.A.**
333 SE 2nd Avenue, Floor 44
Miami, FL 33131
Telephone:  (305) 579-0500
Facsimile:   (305) 579-0717

By:     */s/ Ian M. Ross*
       DAVID A. COULSON, ESQ.
       Florida Bar No. 176222
       CoulsonD@gtlaw.com
       CruzM@gtlaw.com
       IAN M. ROSS, ESQ.
       Florida Bar No. 091214
       RossI@gtlaw.com
       MontelH@gtlaw.com
       EVELYN A. COBOS, ESQ.
       Florida Bar No. 092310
       CobosE@gtlaw.com
       AbrahamD@gtlaw.com
       FLService@gtlaw.com

and

**GREENBERG TRAURIG, LLP**
1840 Century Park E, Suite 1900
Los Angeles, CA 90067-7700
Telephone: 310.586.7700
Robert J. Herrington, Esq.
(*to be admitted pro hac vice*)
California Bar No. 234417
Colorado Bar No. 23127
herringtonr@gtlaw.com

*Counsel for Defendant TCR Sports Broadcasting Holding, LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.



                                            /s/ *Ian M. Ross*
                                            **IAN M. ROSS**

## SERVICE LIST

**CAREY RODRIGUEZ MILIAN GONYA LLP**
Frank Hedin, Esq.
David Milian, Esq.
Ruben Conitzer, Esq.
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 3727475
fhedin@careyrodriguez.com
dmilian@careyrodriguez.com
rconitzer@careyrodriguez.com
service@careyrodriguez.com
mmartucci@careyrodriguez.com
ejimenez@careyrodriguez.com
cperez@careyrodriguez.com

*Counsel for Plaintiff Sebastian Gonzalez*