UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SEBASTIAN GONZALEZ,

    Plaintiff,

v.

TCR SPORTS BROADCASTING HOLDING LLP d/b/a Mid-Atlantic Sports Network; HYUNDAI MOTOR AMERICA, INC.; MERCEDES-BENZ USA, LLC; and JIFFY LUBE INTERNATIONAL, INC.

    Defendants.

Case No. 1:18-CV-20048-DPG

**PLAINTIFF SEBASTIAN GONZALEZ'S INITIAL DISCLOSURES**

Plaintiff Sebastian Gonzalez, pursuant to Fed. R. Civ. P. Rule 26(a)(1), hereby serves his initial disclosure statement, which to the extent possible at this stage of the litigation: (1) identifies the name, last known address and telephone number of each individual likely to have discoverable information that Plaintiff may use to support his claims in this action; (2) describes by category all documents, data compilations and tangible things that are in the possession, custody or control of Plaintiff and that Plaintiff may use to support his claims; (3) describes the damages claimed by Plaintiff; and (4) discloses Plaintiff's knowledge regarding the existence of insurance to satisfy all or part of the judgment to be entered against Defendants in this case.

These initial disclosures are based only on the information reasonably available to the Plaintiff at this time. The Plaintiff reserves the right to modify, amend and/or supplement these disclosures pursuant to the requirements set forth in Fed. R. Civ. P. 26(e). These initial disclosures do not admit that the information herein is admissible at trial and do not waive any objection that otherwise may have been made to the disclosure and/or the admissibility of any such information.

I. The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:

a. **Plaintiff Sebastian Gonzalez** who has information concerning his receipt of unsolicited SMS text message advertisements transmitted by Defendant TCR Sports Broadcasting Holding LLP ("MASN") to his cellular telephone. Plaintiff should be contacted solely through his undersigned counsel at the address and telephone number identified for his undersigned counsel in this document.

b. **Other members of the proposed class**, whose identities are exclusively within MASN's knowledge but whom Plaintiff believes have information that is relevant to the allegations of the Class Action Complaint.

c. **Defendant MASN** who has knowledge of its business, operations and financial information, as well as knowledge concerning the allegations of the Class Action Complaint.

d. **All other Defendants** who have knowledge of MASN's business model of selling advertising space within its SMS text message campaign, as well as knowledge concerning the allegations of the Class Action Complaint.

e. **Current or Former Officers, Directors or Employees of MASN**, who, upon information and belief, have knowledge of MASN's business, operations and financial information, as well as knowledge concerning the allegations of the Class Action Complaint.

    f.   **Current or Former Officers, Directors or Employees of all other Defendants**, who, upon information and belief, have knowledge of business model of selling advertising space within its SMS text message campaign, as well as knowledge concerning the allegations of the Class Action Complaint.

    g.   **Phizzle, Inc.** who, upon information and belief, has knowledge and information that is relevant to the allegations of the Class Action Complaint.

    h.   **Richard Goggin** who has information as to MASN's text message marketing program, its purposes, the manner in which it was executed, and of MASN's own belief that it may not comply with the Telephone Consumer Protection Act.

    i.   **Jim Cuddihy** who has information of MASN's text message marketing program and how it is used to connect directly with potential consumers in a one-to-one fashion.

    j.   **Other Individuals or Entities:** Plaintiff adopts and incorporates into his Fed. R. Civ. P. 26(a)(1) disclosures each and every witness listed by any of the Defendants. As Plaintiff continues his investigation, and following receipt of Defendants' responses to discovery, Plaintiff may identify additional persons likely to have discoverable information that may be used to support Plaintiff's claims and defenses.

**II.**   **<u>Categories of Documents that May be Used to Support Plaintiff's Claims</u>**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), Plaintiff discloses that he possesses the following documents and items:

    a.   Plaintiff's Class Action Complaint.

    b.   Screenshots of SMS text messages that MASN sent to and were received by Plaintiff on his cellular phone.

### III.   Computation of Damages

As set forth in the Class Action Complaint, Plaintiff seeks statutory damages ($500.00 for each violation of the TCPA and $1,500.00 for each willful and/or knowing violation of the TCPA) and injunctive relief on behalf of himself and the putative class.  Plaintiff does not seek actual damages on behalf of himself or the putative class.

### IV.   Insurance

MASN's counsel has represented to Plaintiff's counsel that there exists one or more insurance policies or agreements potentially available to satisfy part or all of the judgment to be entered in this action.  Plaintiff believes that Defendant's full disclosure of those policies, as well as all the other Defendants' policies, to Plaintiff is required at this time pursuant to Fed. R. Civ. P. 26.

Plaintiff hereby reserves the right to supplement information disclosed herein in accordance with the provisions of Fed. R. Civ. P. 26(e).

Respectfully submitted,                                   CAREY RODRIGUEZ MILIAN GONYA LLP

By: */s/ David P. Milian*
David P. Milian (Fla. Bar No. 844421)
Email: dmilian@careyrodriguez.com
Secondary: djuarez@careyrodriguez.com
Ruben Conitzer (Fla. Bar No. 100907)
Email: rconitzer@careyrodriguez.com
Secondary: cperez@careyrodriguez.com
David M. Levine (Fla. Bar No. 84431)
Email: dlevine@careyrodriguez.com
Secondary: ecf@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, FL 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475
**Counsel for Plaintiff Sebastian Gonzalez**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of October 2018, a copy of the above Plaintiff Sebastian Gonzalez's Initial Disclosures was filed on CM/ECF and thereby served on all parties.

*By: /s/ David P. Milian*
David P. Milian (Fla. Bar No. 844421)