UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:18-CV-20048-DPG**

SEBASTIAN GONZALEZ,

  *Plaintiff*,

 v.

TCR SPORTS BROADCASTING
HOLDING, LLP d/b/a Mid-Atlantic Sports
Network, HYUNDAI MOTOR AMERICA,
INC., and MERCEDES-BENZ USA, LLC,

  *Defendants*.

_____/

**UNOPPOSED JOINT MOTION FOR ENTRY OF STIPULATED CONFIDENTIALITY
AND PROTECTIVE ORDER**

  Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff Sebastian Gonzalez ("Plaintiff") and Defendant TCR Sports Broadcasting Holding, LLP d/b/a Mid-Atlantic Sports Network ("MASN," collectively with Plaintiff, the "Parties") respectfully request that the Court enter the Stipulated Confidentiality and Protective Order agreed to by the Parties, a copy of which is attached hereto as **Exhibit A**, and in support thereof state as follows:

  1. The Parties have conferred regarding the necessity of a confidentiality and protective order because the class settlement data that MASN may produce in connection with the parties' settlement may involve documents and materials that contain personal information of certain customers, or other sensitive and/or confidential consumer information that is non-public and sensitive in nature ("Class Settlement Data"), such that it should be protected.

2. Accordingly, to address these concerns and any confidentiality concerns that may arise in connection with the Class Settlement Data, the Parties have agreed to and executed the attached Stipulated Confidentiality and Protective Order to govern the confidentiality of Class Settlement Data in this matter.

3. The parties have met and conferred, and there is no objection to this Motion.

WHEREFORE, the Parties respectfully request that the Court enter the Stipulated Confidentiality and Protective Order attached hereto as **Exhibit A**.

Date:  February 8, 2019                              Respectfully submitted,

By: */s/ David P. Milian*
David P. Milian (Fla. Bar No. 844421)
Email: dmilian@careyrodriguez.com
Secondary: cperez@careyrodriguez.com
Ruben Conitzer (Fla. Bar No. 100907)
Email: rconitzer@careyrodriguez.com
Secondary: cperez@careyrodriguez.com
**Carey Rodriguez Milian Gonya LLP**
1395 Brickell Avenue, Suite 700
Miami, FL 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475
*Counsel for Plaintiff*


**GREENBERG TRAURIG, P.A.**
333 SE  2nd Avenue
Miami, FL 33131
Telephone:  (305) 579-0500
Facsimile:   (305) 579-0717
By:  */s/ Ian M. Ross*
DAVID A. COULSON, ESQ.
Florida Bar No. 176222
CoulsonD@gtlaw.com
IAN M. ROSS, ESQ.
Florida Bar No. 091214
RossI@gtlaw.com
FLService@gtlaw.com


**GREENBERG TRAURIG, LLP**
1840 Century Park E, Suite 1900
Los Angeles, CA 90067-7700
Telephone: 310.586.7700
Robert J. Herrington, Esq. (*pro hac vice*)
California Bar No. 234417
Colorado Bar No. 23127
herringtonr@gtlaw.com

*Counsel for Defendant TCR Sports Broadcasting Holding, LLP*

3

4

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on February 8, 2019, a copy of the above Joint Motion for Entry of Stipulated Confidentiality and Protective ORder was filed on CM/ECF and thereby served on all parties.

                                         *By: /s/ Ian M. Ross*
                                         Ian M. Ross